UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

  v.          Civil No. 09-133-JD

<u>Peter R. Maggio</u>

<u>O R D E R</u>

  The petitionee appeared on this date and represented to the court that he was prepared to meet with representatives from the Internal Revenue Service and to produce the requested books and records.  Therefore, this matter is continued pending that meeting.  If for any reason said meeting does not occur, the Internal Revenue Service may request that this matter be rescheduled.  In the event that the meeting does occur and the documents are produced, the Internal Revenue Service shall inform the court and this matter will be closed out.

  SO ORDERED.

                /s/ Joseph A. DiClerico, Jr.
                Joseph A. DiClerico, Jr.
                United States District Judge

May 27, 2009

cc: Michael T. McCormack, Esquire
   Peter R. Maggio, pro se